# United States District Court - Violation Notice

4512 06 (top handwritten)
CVB Location Code: OR23

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| F4940298 | THOMAS | 1727 |

## YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged |
|---|---|
| 2/9/19 1300 | 36 CFR 261.54(a) |

Place of Offense: HULLOCKBURN RD / MP 4

Offense Description: DRIVING WITHOUT INSURANCE

## DEFENDANT INFORMATION

Last Name: CONREY
First Name: SEAN
M.I.: A.

[defendant personal information redacted]

| Tag No. | State | Year | Make | Type | Color |
|---|---|---|---|---|---|
| 145SXA044 | OR | 12 | TOYT | PK | WHI |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ 200.00 Forfeiture Amount
+ $30 Processing Fee
PAY THIS AMOUNT → $ 230.00 Total Collateral Due

### YOUR COURT DATE

Court Address: US COURTHOUSE, 1000 SW 3rd AVE, PORTLAND, OR 97204
Date: 3/4/19
Time: 0900

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature

Original - CVB Copy
FS-5300-4 (2/2016)

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on _____, 20___, while exercising my duties as a law enforcement officer in the _____ District of _____

SEE ATTACHED PC STATEMENT.

The foregoing statement is based upon:
☐ my personal observation   ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: _____
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

CVB SCAN 05/02/2019 10:5